USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

— against —

JOHN REIMER,

                      Defendant.

17-CR-728 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The parties jointly request that the conference for the above-named defendant currently scheduled for December 6, 2019 be adjourned (see attached letter). The conference shall be rescheduled for February 7, 2020, at 4:15 p.m.

Defendant consents to an exclusion of time from the Speedy Trial Act until February 7, 2020.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: New York, New York
      05 December 2019

                                        Victor Marrero
                                        U.S.D.J.

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 4, 2019

**BY FAX**

The Honorable Victor Marrero
Southern District of New York
40 Foley Street
New York, NY 10007

    Re:   **United States v. John Reimer**
           17 Cr 728 (VM)

Dear Judge Marrero:

    This case is scheduled for a status conference on Friday, December 6, 2019 at 2:30 P.M. The parties jointly request that the Court adjourn the conference for 60 days further plea negotiations. The defense submitted a deferred prosecution request, and the Government is still considering that request. As such, the parties request additional time to complete the deferred prosecution process. The defense agrees that speedy trial time should be waived until the next appearance.

    I thank the Court for its consideration of this request.

Respectfully submitted,

/s/
Ian Marcus Amelkin
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, NY 10007
(212) 417-8733

cc:   AUSA Michael Maimin (by email)