USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 10, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. –

JOHN REIMER

Defendant

ORDER

17 Cr. 728 (VM)

Upon the application of the United States of America, by and through Audrey Strauss, Acting United States Attorney for the Southern District of New York, and Michael D. Maimin, Assistant United States Attorney:

WHEREAS, this Court had scheduled a status conference in this case for September 11, 2020; and

WHEREAS, this Court adjourned the September 11, 2020, status conference to November 6, 2020; and

WHEREAS, JOHN REIMER, the defendant, has submitted an application to the Government asking that prosecution in this matter be deferred; and

WHEREAS, the Government is currently considering REIMER's deferred prosecution application, and such consideration may require not only time, but also continued dialogue and exchange of information between and among the parties; and

WHEREAS, the parties have jointly requested an adjournment of the September 11, 2020, status conference in order to allow the Government to consider REIMER's deferred prosecution application fully, and to allow the parties to continue their dialogue and any necessary exchange of information between and among the parties regarding that application, as well as to discuss potential dispositions; and

WHEREAS, this Court granted the parties' application, and adjourned the status conference to November 6, 2020, at 1:00 p.m.; and

WHEREAS, the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the Government to consider Reimer's deferred prosecution application, and to allow the parties to discuss that application and Reimer to provide the Government with additional information in support of that application, and will also allow the parties otherwise to discuss potential dispositions;

IT IS HEREBY ORDERED that the time between and including September 10, 2020, and November 6, 2020, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated: New York, New York
September 10, 2020

_____
Victor Marrero
U.S.D.J.