**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------X
UNITED STATES OF AMERICA, :
:
: **17 CR 728 (VM)**
-against- : **ORDER**
:
JOHN REIMER, :
:
Defendant. :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The defendant requests, with consent of the Government, that the status conference for the above-named defendant currently scheduled for July 9, 2021 be adjourned. (See Dkt. No. 44.) The conference shall be rescheduled for September 10, 2021, at 1:30 p.m.

The defendant consents to an exclusion of the adjourned time from the Speedy Trial Act to September 10, 2021. It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated: New York, New York
6 July 2021

_____
Victor Marrero
U.S.D.J.