```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

                — against —

JOHN REIMER,
                                              17 CR 728 (VM)
                          Defendant.
                                              ORDER
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 9, 2021

**VICTOR MARRERO, United States District Judge.**

Defense counsel writes with consent of the Government to request that the conference for the above-named defendant currently scheduled for September 10, 2021 be adjourned. (See Dkt. No. 46.) The conference shall be rescheduled for November 12, 2021 at 1:30 p.m.

Defendant consents to an exclusion of time from the Speedy Trial Act until November 12, 2021.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED.**

Dated: New York, New York
       9 September 2021

Victor Marrero
U.S.D.J.