```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/20/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------X
UNITED STATES OF AMERICA,            :
                                     :
                                     :       17 CR 728(VM)
         -against-                   :       ORDER
                                     :
JOHN REIMER,                         :
                                     :
                    Defendant.       :
----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

    Counsel for the Defendant, with the consent of counsel for Government (Dkt. 52), requests that the status conference currently scheduled for January 21, 2022 be adjourned. The conference shall be adjourned until March 18, 2022 at 12:00 p.m.

    All parties to this action consent to an exclusion of time from the Speedy Trial Act until March 18, 2022.

    It is hereby ordered that time until March 18, 2022 shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the Defendant and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

**SO ORDERED:**

Dated:  New York, New York
        January 20, 2022

_____
Victor Marrero
U.S.D.J.