```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA            :
                                    :   17 Crim. 728 (VM)
    - against -                     :
                                    :   **SCHEDULING ORDER**
                                    :
JOHN REIMER,                        :
                                    :
                    Defendant.      :
----------------------------------------X

**VICTOR MARRERO, United States District Judge.**

Following conversation with counsel and in light of the parties' deferred prosecution agreement, the status conference in the above-captioned matter, scheduled for May 20, 2022, is hereby adjourned.

**SO ORDERED.**

Dated:   New York, New York
         May 19, 2022

                                    _____
                                    Victor Marrero
                                    U.S.D.J.